**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELVIN ESTIWAR JACOME,<br>Plaintiff,<br>v.<br>U.S. DISTRICT COURT,<br>Defendant. | No. 1:26-cv-04830-KES-BAM (PC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND<br>Doc. 4 |

Melvin Estiwar Jacome, a state prisoner proceeding pro se, seeks to proceed with a "notice of international commercial claim" and "affidavit of obligation." Doc. 1. The magistrate judge construed the filing as a complaint and found that it was frivolous, lacking an arguable basis in either law or fact, and recommended the complaint be dismissed without leave to amend. Doc. 4.

The Court served the findings and recommendations on Jacome with a notice that any objections were to be filed within 14 days. Doc. 4 at 5. In response to the findings and recommendations, Jacome filed an "affidavit notice of fault / opportunity to cure" on July 23, 2026, and an "administrative notice and demand" on August 13, 2026. Docs. 6, 7. Neither filing presents any meritorious argument with respect to the findings and recommendations. The objection deadline has now expired.

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having

carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Jacome's notice and response provide no basis to reject the magistrate judge's findings and recommendations.

The Court ORDERS:

1. The findings and recommendations issued on July 23, 2026 (Doc. 4) are ADOPTED in full.
2. Plaintiff's complaint is DISMISSED without leave to amend.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 7, 2026

UNITED STATES DISTRICT JUDGE